IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:21-CR-2 (WLS-TQL-1) |
| RICARDO PEREZ-MOLINA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

Presently before the Court is Defendant's Motion to Seal Documents (Doc. 73), which were filed on January 11, 2024. Therein, Defendant requests that this Court seal the Unopposed Motion to Extend Date for Reporting to BOP for Service of Sentence, which was emailed to the Court, and its contents to protect the confidential health information of Defendant. (*Id.*)

After reviewing the Unopposed Motion to Extend Date and its exhibits that were emailed to the Court, the Court finds good cause exists to seal the said documents. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Accordingly, Defendant's Motion to Seal (Doc. 73) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket the Unopposed Motion to Extend Date for Reporting to BOP for Service of Sentence and the related documents and exhibits that were emailed to the Court under **SEAL** so that they are made available only to the Parties' Counsel, the United States Probation Office, and the Court. The Unopposed Motion to Extend Date and its related documents and exhibits thereto shall remain sealed until further order of the Court.

**SO ORDERED**, this 12th day of January, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**