IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:21-CR-2 (WLS-TQL-1) |
| RICARDO PEREZ-MOLINA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

Presently before the Court is Defendant's Unopposed Motion to Extend Date for Reporting to BOP for Service of Sentence (Doc. 75), filed on January 12, 2024. Therein, Defendant requests that this Court extend Defendant's currently scheduled date to report to the BOP for service of the custodial portion of his sentence (which is January 15, 2024) in the above-styled matter. (Doc. 75, at 1). Defendant states that he is experiencing various, severe health issues and that he has follow-up hospital appointments and physical therapy sessions that he must attend before reporting to the BOP. (*Id.* at 2).

For good cause shown, Defendant's Unopposed Motion (Doc. 75) is **GRANTED**. A new date for the Defendant to report to the Bureau of Prisons for service shall be provided by the United States Probation Office.

**SO ORDERED**, *nunc pro tunc* to January 12, 2024, this 16th day of January, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1